IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

LIGHTING SCIENCE GROUP
CORPORATION,

    Plaintiff,

        v.                              Case No.: 6:17-cv-826-ORL-31-GJK

LEEDARSON LIGHTING CO. LTD., and
LEEDARSON AMERICA, INC.,

    Defendants.

## **STATUS REPORT**

Plaintiff and Defendants in the above-captioned case provide notice, according to this Court's Order to stay (Dkt. No. 31), of the status of the current Appeal.

Defendants in related cases, Nicor, Inc. (6:16-cv-413-ORL-37-GJK), Technical Consumer Products, Inc. (6:16-cv-1255-ORL-37-GJK), and Amax Lighting (6:16-cv-1321-ORL-37-DAB) filed their petitions for *inter partes* review of three patents-in-suit ("Amax IPRs") on April 17, 2017, which were instituted on November 1, 2017. Leedarson filed additional petitions for *inter partes* review of the same three patents, which asserted the same grounds as those instituted by the Amax IPRs. The PTAB granted Leedarson's petitions and joined Leedarson's IPR proceedings with the respective Amax IPR proceedings. Final written decisions on the Amax IPRs were issued October 31, 2018, finding some claims invalid and confirming other claims, as set forth in the parties' prior status reports. On January 2, 2018, Petitioners in the Amax IPRs filed Notices of Appeal with the Court of Appeals for the Federal Circuit. Appellants' opening briefs are due on May 30, 2019, and Appellee's responsive briefs will be due 40 days following the filing of the Appellants' opening briefs.

Defendant Satco Products, Inc. ("Satco") in another related case (6:16-cv-1256-ORL-37-GJK) filed *inter partes* review petitions with the PTAB for the '968 Patent and the '844 Patent ("Satco IPRs") on June 19, 2017. On January 7, 2019, the PTAB issued final written decisions in the two instituted Satco IPRs, finding some claims invalid and confirming other claims, as set forth in the parties' prior status reports.  On March 11, 2019, Satco IPRs Notice of Appeal was docketed with the Court of Appeals for the Federal Circuit.

The Parties continue to engage in discussions regarding a possible resolution of these matters but do not, at this time, request assistance from the Court to facilitate any such discussions.

Dated: March 25, 2019

| **Counsel for Plaintiff** <br> **Lighting Science Group Corporation** | **Counsel for Defendants Leedarson Lighting Co. Ltd., and Leedarson America, Inc.** |
|---|---|
| /s/ *Mark Warzecha* <br> Mark F. Warzecha <br> Florida Bar No. 0095779 <br> WIDERMAN MALEK <br> 1990 West New Haven Avenue <br> Second Floor <br> Melbourne, Florida 32904 <br> (321) 255-2332 - Phone <br> (321) 255-2351 - Facsimile <br> mfw@uslegalteam.com | */s/ Dennis P. Waggoner* <br> Dennis P. Waggoner – Trial Counsel <br> dennis.waggoner@hwhlaw.com <br> julie.mcdaniel@hwhlaw.com <br> Florida Bar No. 509426 <br> HILL, WARD & HENDERSON, P.A. <br> 101 East Kennedy Boulevard, Suite 3700 <br> Tampa, FL 33602 <br> Tel: (813) 221-3900 <br> Fax: (813) 221-2900 <br> <br> */s/ Robert J. Benson* <br> Robert J. Benson <br> rbenson@orrick.com <br> ORRICK, HERRINGTON & SUTCLIFFE, LLP <br> 2050 Main Street, Suite 1100 <br> Irvine, CA  92614-8255 <br> Tel: (949) 567-6700 <br> Fax: (949) 567-6710 |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this March 25, 2019, I filed a copy of the foregoing document with the Clerk of the Court for the United States District Court for the Middle District of Florida, Orlando Division using the CM/ECF system which will electronically notify all counsel or parties of record.

                                                */s/ Dennis P. Waggoner*
                                                Dennis P. Waggoner